UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:06-cr-76-Orl-31JGG
(Forfeiture)

JOHN E. BARRINGTON
  a/k/a John Stuart Jakows

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Issuance of a Preliminary Order of Forfeiture, which shall be a final order of forfeiture as to the defendant John E. Barrington's right, title, and interest in the following:

**ONE 2005 HUMMER H2 BROWN/DESERT SAND COLOR 4 D00R SPORT UTILITY VIN #5GRGN23UX5H126285 FLORIDA PLATE #B456VZ**

**ONE 2005 HUMMER H2 BLUE/STEALTH GRAY COLOR 4 D00R SPORT UTILITY VIN #5GRGN23U15H127356 FLORIDA PLATE #R797NR**

Being fully advised in the premises, the Court finds:

WHEREAS, by virtue of the plea agreement, the United States is now entitled to possession of the above-listed asset pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, and Rule 32.2 of the Federal Rules of Criminal Procedure;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all right, title and interest of defendant, John E. Barrington in the above-listed properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 982.

2. That any person, other than John E. Barrington who has or claims any right, title or interest in the above-described asset must file a petition with the Clerk of the United States District Court, Orlando Division, 300 Federal Building, 80 North Hughey Avenue, Orlando, Florida 32801, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. That the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the above-described assets, that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited assets, and any additional facts surrounding the petitioner's claim and the relief sought.

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the above-described assets, that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. That upon adjudication of all third-party interests in the above-described asset, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982, in which all interests will be addressed.

DONE and ORDERED this 16 day of April, 2007, in Orlando, Florida.

_____
UNITED STATES DISTRICT JUDGE